HOME PAGE | PROPERTY SEARCH | ONLINE FORMS | GLOSSARY | HELPFUL LINKS | CONTACT TAX COLLECTOR

Gulf County Website



Tax Collector: Honorable Shirley Jenkins

New Search | Return To Search Results | Print Bill

### NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

BILL # R 1022700 2010
REAL ESTATE TAX/NOTICE RECEIPT FOR GULF COUNTY     PROPERTY # R 03805-100R

| IF PAID IN TOTAL DUE | NOV 1-30 | DEC 1-31 | JAN 1-31 | FEB 1-28 | MAR 1-31 |
|---|---|---|---|---|---|
| | $18,781.82 | $18,977.47 | $19,173.11 | $19,368.76 | $19,564.40 |

#### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | TAX AMOUNT |
|---|---|---|
| SCHOOL-LRE | .00514100 | $7,477.05 |
| COUNTY | .00576790 | $8,388.82 |
| NW FL WATER MGMNT | .00004500 | $65.45 |
| ST. JOE FIRE | .00040000 | $581.76 |
| SCHOOL-DISC | .00209800 | $3,051.32 |
| **TOTAL AD-VALOREM:** | | **$19,564.40** |

#### NON-AD VALOREM ASSESSMENTS

| TAXING AUTHORITY | TAX AMOUNT |
|---|---|
| **TOTAL NON-AD VALOREM:** | **$0.00** |
| **COMBINED TAXES & ASMTS:** | **$19,564.40** |
| **UNPAID BALANCE:** | **$18,977.47** |

BEACON HILL PROPERTY MANAGEMENT INC
190 LIGHTKEEPERS DRIVE
PORT ST JOE, FL 32456

1.20 ACRES
BEACON BY THE SEA PHASE III PB 4 PG 13, TRACT A, 1.20 AC M/L
MAP 16C

| | | | |
|---|---|---|---|
| FAIR MKT VALUE | $1,454,397.00 | DIST | 4 |
| ASSESS | $1,454,397.00 | EXEMPT VALUE | $0.00 |
| TAXABLE VALUE | $1,454,397.00 | | |

Exemptions:

**pay this bill**

**Property Address:**
LIGHTKEEPERS DR
BH

#### Delinquent Tax History

| Year | Roll | Bill # | Outstanding Tax | Accrued Penalties | Total Due | Reference |
|---|---|---|---|---|---|---|
| 2009 | R | 1017100-I | $18,766.32 | $1,038.75 | $19,805.07 | 1167 CERT. |
| | | | Total Due | | $19,805.07 | |

VisualGov.com Copyright ©1999-2005 VisualGov Solutions, LLC and D&T Ventures All rights reserved.
All Rights Reserved. | Privacy Policy

EXHIBIT C

HOME PAGE | PROPERTY SEARCH | ONLINE FORMS | GLOSSARY | HELPFUL LINKS | CONTACT TAX COLLECTOR

Gulf County Website



Tax Collector: Honorable Shirley Jenkins

New Search | Return To Search Results | Print Bill

### NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

BILL # R 1016000 2010
REAL ESTATE TAX/NOTICE RECEIPT FOR GULF COUNTY    PROPERTY # R 03801-050R

| IF PAID IN TOTAL DUE | NOV 1-30 | DEC 1-31 | JAN 1-31 | FEB 1-28 | MAR 1-31 |
|---|---|---|---|---|---|
|  | $4,981.15 | $5,033.04 | $5,084.93 | $5,136.81 | $5,188.70 |

AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | TAX AMOUNT |
|---|---|---|
| SCHOOL-LRE | .00514100 | $1,983.00 |
| COUNTY | .00576790 | $2,224.81 |
| NW FL WATER MGMNT | .00004500 | $17.36 |
| ST. JOE FIRE | .00040000 | $154.29 |
| SCHOOL-DISC | .00209800 | $809.24 |
| **TOTAL AD-VALOREM:** |  | **$5,188.70** |

NON-AD VALOREM ASSESSMENTS
TAXING AUTHORITY    TAX AMOUNT
**TOTAL NON-AD VALOREM:**    $0.00
**COMBINED TAXES & ASMTS:**    $5,188.70
**UNPAID BALANCE:**    $5,033.04

INTEGRAS THERAPY & WELLNESS
17352 MAIN ST N
BLOUNTSTOWN, FL 32424

11.60 ACRES
S 31 T6 R11 11.6 AC M/L
TRIANGULAR LOT ORB 262/836 FR
ST JOE TIMBERLAND CO LESS 2.28

| FAIR MKT VALUE | $385,722.00 | DIST | 4 |
| ASSESS | $385,722.00 | EXEMPT VALUE | $0.00 |
| TAXABLE VALUE | $385,722.00 |  |  |

Exemptions:

Property Address:
280 FOUR J'S RD
BH

pay this bill

### Delinquent Tax History

| Year | Roll | Bill # | Outstanding Tax | Accrued Penalties | Total Due | Reference |
|---|---|---|---|---|---|---|
| 2009 | R | 1010400-I | $6,455.66 | $322.47 | $6,778.13 | 1120 CERT. |
|  |  |  | Total Due |  | $6,778.13 |  |

VisualGov.com Copyright ©1999-2005 VisualGov Solutions, LLC and D&T Ventures All rights reserved. All Rights Reserved. | Privacy Policy

HOME PAGE | PROPERTY SEARCH | ONLINE FORMS | GLOSSARY | HELPFUL LINKS | CONTACT TAX COLLECTOR

Gulf County Website



Tax Collector: Honorable Shirley Jenkins

New Search | Return To Search Results | Print Bill

### NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

BILL # R 1021900 2010
REAL ESTATE TAX/NOTICE RECEIPT FOR GULF COUNTY      PROPERTY # R 03805-006R

| IF PAID IN TOTAL | NOV 1-30 | DEC 1-31 | JAN 1-31 | FEB 1-28 | MAR 1-31 |
|---|---|---|---|---|---|
| DUE | $2,650.42 | $2,678.02 | $2,705.63 | $2,733.24 | $2,760.85 |

D APPL

AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | TAX AMOUNT |
|---|---|---|
| SCHOOL-LRE | .00514100 | $1,055.13 |
| COUNTY | .00576790 | $1,183.79 |
| NW FL WATER MGMNT | .00004500 | $9.24 |
| ST. JOE FIRE | .00040000 | $82.10 |
| SCHOOL-DISC | .00209800 | $430.59 |
| TOTAL AD-VALOREM: | | $2,760.85 |

NON-AD VALOREM ASSESSMENTS
TAXING AUTHORITY       TAX AMOUNT
TOTAL NON-AD VALOREM:     $0.00
COMBINED TAXES & ASMTS:   $2,760.85
DISCOUNT:                 -$82.83
UNPAID BALANCE:           $2,678.02

Exemptions:

Property Address:
8622 HWY 98
BH

INTEGRAS PROPERTY MANAGEMENT INC
2917B OPTIMIST DR
MARIANNA, FL 32448

.57 ACRES
S 31 T 6 R 11 100 FT LOT ON
US 98 BY 250 FT
ORB 354/68 FR EDWARDS

| | | | |
|---|---|---|---|
| FAIR MKT VALUE | $205,238.00 | DIST | 4 |
| ASSESS | $205,238.00 | EXEMPT VALUE | $0.00 |
| TAXABLE VALUE | $205,238.00 | | |

pay this bill

VisualGov.com Copyright ©1999-2005 VisualGov Solutions, LLC and D&T Ventures All rights reserved. All Rights Reserved. | Privacy Policy